# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>ESAIAS GILL-GONZALEZ,<br>DOMINGO LUGO DIAZ,<br>COTE COLBY, and<br>KEITH LANE<br>*Defendant(s)* | Case No.<br>23-mj-6106-MPK |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 2022 to present** in the county of **Essex** in the _____ District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute controlled substances involving fentanyl, cocaine base, and methamphetmine. |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Bryan J. Axelrod

☑ Continued on the attached sheet.

/s/ Bryan J. Axelrod
*Complainant's signature*

Bryan J. Axelrod, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/20/2023

*Judge's signature*

City and state: Boston, Massachusetts

Hon. M. Page Kelley, Chief US Magistrate Judge
*Printed name and title*